UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| STEVEN C. VICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 4:10-CV-78-FL |
| ) | |
| KAPSTONE KRAFT PAPER CORP. ) | |
| and MARK O. HUTCHINGS, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of plaintiff's motion to remand, defendants' motion to strike numbered paragraph 13 from the Complaint, and the memorandum and recommendation entered by the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 7, 2011, that plaintiff's motion to remand is granted, defendants' motion to strike is denied as moot, and this matter is remanded to the Superior Court of Halifax County, North Carolina.

**This Judgment Filed and Entered on March 8, 2011, and Copies To:**

Gregory M. Martin (via CM/ECF Notice of Electronic Filing)
Matthew S. Healey (via CM/ECF Notice of Electronic Filing)
Samuel Hawley Poole, Jr. (via CM/ECF Notice of Electronic Filing)
Marsha Janelle Lyons (via CM/ECF Notice of Electronic Filing)
The Honorable Rebecca C. Spragins, Halifax County Clerk of Superior Court
    (via U.S. mail) PO Box 66, Halifax, NC 27839

March 8, 2011                  DENNIS P. IAVARONE, CLERK
                                    /s/ Christa N. Baker
                                  (By) Christa N. Baker, Deputy Clerk